UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TAMMY BRAKE,

                       Plaintiff,

  -against-

SLOCHOWSKY AND SLOCHOWSKY, LLP,
EAST 22nd STREET TOWERS LLC,
YOSSEL LICHTMAN, SARA LICHTMAN, and
MAYER WALDMAN,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 1:19-cv-00280-ENV-JO

**STIPULATION OF DISMISSAL WITH PREJUDICE AS AGAINST DEFENDANT SLOCHOWSKY & SLOCHOWSKY, LLP, ONLY**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties in the above-titled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-titled action is hereby dismissed as against Defendant Slochowsky and Slochowsky, LLP, only, with prejudice; and the parties shall bear their own costs and expenses, including attorneys' fees.

| | |
|---|---|
| Dated: New York, New York<br>July 14, 2021 | Dated: New York, New York<br>July 14, 2021 |
| TAKEROOT JUSTICE | WINGET SPADAFORA &<br>   SCHWARTZBERG, LLP |
| By:_/s/ Michael Grinthal_____<br>   Michael J. Grinthal, Esq.<br>   123 William St., 16th Floor<br>   New York, NY 10038<br>   *Attorneys for Plaintiff Tammy Brake* | By: /s/ Anthony D. Green_____<br>   Anthony D. Green, Esq.<br>   45 Broadway, 32nd Floor<br>   New York, New York 10006<br>   *Attorneys for Defendant*<br>   *Slochowsky and Slochowsky, LLP* |

Dated: New York, New York
     July 14, 2021

GUTMAN WEISS, P.C.

By: _____
Dov Medinets, Esq.
2276 65th Street, 2nd Floor
Brooklyn, NY 11204
*Attorneys for Defendants East 22nd Street Towers LLC, Yossel Lichtman, Sara Lichtman, and Mayer Waldman*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 7/28/2021

*/s/ Eric N. Vitaliano*
Eric N. Vitaliano
United States District Court