# GUTMAN WEISS, P.C.

*Attorneys at Law*
2276 Sixty-Fifth Street, 2nd Floor
Brooklyn, N.Y. 11204
Tel. 718.259.2100
Fax. 718.259.2105*
*This office does not consent to service by fax.

August 23, 2022

**<u>By ECF and email (henry_chambers@nyed.uscourts.gov)</u>**
Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE: *Brake v. Slochowsky and Slochowsky, LLP, et al*. (CASE NO. 19-CV-280)

Dear Judge Henry:

      This firm is counsel to defendants 22nd Street Towers LLC, Yossel Lichtman, Sara Lichtman and Mayer Waldman ("Defendants") in the above-referenced proceeding. I am writing pursuant to your Honor's August 18, 2022 Order directing Defendants to advise whether they joined in Plaintiff request for a settlement conference.

      Defendants do join in Plaintiff's request for a conference. The parties appear to be nearing a resolution of the Action and we belief that the Court's involvement with certain procedural elements of the resolution would be helpful toward such a resolution.

      We do not believe that is necessary for the Court to require the participation of the parties directly in this conference given the technical nature and limited scope of the issues we seek the Court's help with. I have conferred with Plaintiff's counsel who concur in this assessment.

      Thank you for your consideration of this matter.

                                        Respectfully submitted,

                                        GUTMAN WEISS, P.C.

                                        Dov Medinets