```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```
TAMMY BRAKE,

                      Plaintiff,                  JUDGMENT

    v.                                             19-cv-00280-ENV-MMH

SLOCHOWSKY AND SLOCHOWSKY, LLP,
EAST 22ND STREET TOWERS LLC,
YOSSEL LICHTMAN, SARA LICHTMAN,
and MAYER WALDMAN,

                      Defendants.
```
----------------------------------------------------------------X
```

        An Order of the Honorable Marcia M. Henry, United States Magistrate Judge, having been filed on January 18, 2023, granting Defendants' Cross Motion to Dismiss and Decline Supplemental Jurisdiction as stated on the record at the 01/13/2023 hearing; it is

        ORDERED and ADJUDGED that Defendants' Cross Motion to Dismiss and Decline Supplemental Jurisdiction is granted as stated on the record at the 01/13/2023 hearing.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       January 20, 2023                                         Clerk of Court

                                                         By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk